**IT IS SO ORDERED.**

**Dated: November 26, 2024**



**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re:<br><br>E-B DISPLAY COMPANY, INC., et al.,[4]<br><br>Debtors. | Chapter 11<br><br>CASE NO. 23-60565 (TNAP)<br>(Jointly Administered)<br><br>Adv. Proceeding No. 24-06035 (TNAP) |
| ROBERT S. BERNSTEIN, Liquidating Trustee of<br>E-B DISPLAY COMPANY, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL SOURCING & SUPPORT SERVICES,<br>LLC,<br><br>Defendant. | JUDGE TIIARA N.A. PATTON |

## DEFAULT JUDGMENT

The defendant, Global Sourcing & Support Services, LLC, having failed to plead or

otherwise defend in this adversary proceeding, and default having been entered by the Clerk of this

---

[4] The Debtors in these Chapter 11 Cases are (i) E-B Display Company, Inc. (Tax ID 34-0861140); (ii) Rotolo Industries, Inc. (02-0655474); (iii) Rotolo Industries, L.L.C. (75-3051366) and (iv) Rotolo Investors, L.L.C. (75-3051359).

Court; upon request of plaintiff and upon the supporting declarations that defendant is indebted to plaintiff in the sum of $15,000.00, plus filing fee costs of $350.00, plus interest on the aggregate sum from the date of judgment; that defendant has been defaulted for failure to appear pursuant to Rule 55 of the Federal Rules of Civil Procedure (made applicable in this proceeding by Fed. R. Bankr. P. 7055); and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Robert S. Bernstein, Esq., Liquidating Trustee in the bankruptcy cases of E-B Display Company, Inc., et al., recover from the defendant, Global Sourcing & Support Services, LLC, the sum of **$15,350.00**, plus interest according to the law from the date this judgment is entered until the entire amount is paid.

**IT IS SO ORDERED.**

# # #

Submitted by:

*/s/ Jeffrey C. Toole*
Jeffrey C. Toole, Esquire
jtoole@bernsteinlaw.com
OH ID No. 0064688
1360 East Ninth Street, Suite 1250
Cleveland, OH 44114
Telephone: (800) 693-4013
Facsimile: (412) 456-8135

*Counsel to the Plaintiff*